ACCEPTED
03-15-00025-CV
8060668
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 4:36:49 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

_____

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 4:36:49 PM
JEFFREY D. KYLE
Clerk

_____

APPELLANTS, LAKEWAY REGIONAL MEDICAL CENTER, LLC AND
SURGICAL DEVELOPMENT PARTNERS, LLC// CROSS-APPELLANT,
LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS
SPECIALTY HOSPITAL, LLC

v.

APPELLEES, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE
TRAVIS SPECIALTY HOSPITAL, LLC// CROSS-APPELLEES, LAKEWAY
REGIONAL MEDICAL CENTER, LLC, SURGICAL DEVELOPMENT
PARTNERS, LLC, BRENNAN, MANNA, & DIAMOND, LLC
AND FRANK T. SOSSI

_____

**LTT'S MOTION TO FILE A REPLY BRIEF OF 5000 WORDS
AND RESPONSE TO THE HOSPITAL DEFENDANTS' MOTION**

_____

TO THE HONORABLE COURT OF APPEALS:

Ordinarily a party may file a reply brief of up to 7,500 words. Tex. R. App. P. 9.4(i)(2)(C). Where there are cross-appeals and each party ends up filing multiple briefs, as in this case, there is a cumulative cap of 27,000 words for all briefs filed by a party. Tex. R. Civ. P. 9.4(i)(2)(B). Appellee Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, LLC ("LTT") has already filed a Brief of Appellant and Brief of Appellee in this case. Though each

1266956

stayed within the 15,000 word limit for briefs, LTT is now constrained by the 27,000 cumulative word limit in filing its reply brief. LTT therefore asks this Court to grant it relief from the cumulative word limit and allow it to file a reply brief of 5,000 words.

Without this extension of the word limit, LTT cannot file a reply brief that would be meaningful in assisting this Court in deciding this appeal. By requesting 5,000 words rather than the full 7,500 ordinarily allowed for reply briefs, LTT seeks to minimize the burden on the Court. For that same reason, LTT opposes—in part—the request by SDP/LRMC for an extension of 7,500 words for their reply brief. LTT submits that 5,000 words are sufficient for reply briefs for *all parties* in this appeal.

SDP/LRMC do not oppose this motion. The Lawyer Defendants have not responded to state whether they oppose or not.

WHEREFORE, LTT respectfully requests that this Court grant this motion, allow all parties to file a reply brief of 5,000 words, and grant to it all other relief to which it may be entitled.

2

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, 24th Floor
Austin, TX  78701
(512) 495-6300
(512) 495-6399 Fax


By:  /s/ *Jane Webre*_____
     S. Abraham Kuczaj, III
     State Bar No. 24046249
     akuczaj@scottdoug.com
     Paige Arnette Amstutz
     State Bar No. 00796136
     pamstutz@scottdoug.com
     Steven J. Wingard
     State Bar No. 00788694
     swingard@scottdoug.com
     Jane Webre
     State Bar No. 21050060
     jwebre@scottdoug.com

ATTORNEYS FOR CROSS-
APPELLANT/APPELLEE LAKE TRAVIS
TRANSITIONAL LTCH, LLC n/k/a LAKE
TRAVIS SPECIALTY HOSPITAL, LLC


CERTIFICATE OF CONFERENCE

I certify that I contacted Joy Soloway, counsel for SDP/LRMC, and Ryan Fellman, counsel for the Lawyer Defendants, regarding this motion.  Joy Soloway informed me that she does not oppose this motion.  As of the time the motion was filed, Ryan Fellman had had responded whether he opposes the relief sought through this motion.

/s/  *Jane Webre*_____
Jane M.N. Webre

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served on the following counsel of record via the CM/ECF electronic noticing system and e-mail, on December 2, 2015

Jeff Cody
Barton Wayne Cox
NORTON ROSE FULBRIGHT
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Joy Soloway
NORTON ROSE FULBRIGHT
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Robert A. Bragalone
B. Ryan Fellman
GORDON & REES, LLP
2100 Ross Avenue, Suite 2800
Dallas, TX 75201

Jessica Z. Barger
Raffi Melkonian
Wright & Close, LLP
One Riverway, Suite 2200
Houston, TX 77056

/s/ Jane Webre
Jane M.N. Webre

1266956